```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                    Criminal No. 06-133-01-PB

**Andre Laventure**


**O R D E R**

    The defendant, through counsel, has moved to continue the September 6, 2006 trial in the above case, citing the need for additional time to engage in plea negotiations.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 6, 2006 to December 5, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

     The August 29, 2006 final pretrial conference is continued
to November 28, 2006 at 4:15 p.m.

     SO ORDERED.


                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

August 29, 2006

cc:  Mark Campbell, Esq.
     Debra Walsh, AUSA
     United States Probation
     United States Marshal